**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NANDI MARSHALL-REGIS,

    Plaintiff,

v.                                  Case No:   6:23-cv-1442-ACC-LHP

TRILOGY HOME HEALTHCARE,

    Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PARTIES JOINT MOTION TO CONDUCT MEDIATION BY ZOOM (Doc. No. 26)
>
> **FILED:** September 29, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court notes that the motion fails to comply with Local Rule 3.01(a) because it does not contain a memorandum of legal authority in support.   Going forward, motions that fail to comply with all Federal Rules of Civil Procedure, Local Rules, and Court Orders may be stricken or summarily denied without further notice.

- 2 -

With the mediator's consent, the parties may conduct mediation via the remote Zoom platform. The parties and/or their representatives must be present throughout the duration of the mediation, just as if they were attending the mediation in person.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2023.

                            Leslie Hoffman Price
                            LESLIE HOFFMAN PRICE
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties